COM.

v.

**KASPER, P., Jr.**

**2042 MDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–01–CR–0000462–2010, CP–01–CR–0000969–2010 (Adams)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

**JONES, J.**

**1329 WDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–25–CR–0002076–2015 (Erie)

Affirmed

COM.

v.

**GUIRLEO, K.**

**1334 WDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–26–CR–0001292–2015 (Fayette)

Affirmed

COM.

v.

**PUTMAN, T.**

**1380 WDA 2016**

Superior Court of Pennsylvania.

06/16/2017

CP–53–CR–0000102–2015 (Potter)

Affirmed

**P.J.**

v.

**E.J.**

**1455 WDA 2016**

Superior Court of Pennsylvania.

06/16/2017

201600486/ PACES No. 292115871 (Erie)

Vacated/Affirmed/Remanded

